**Jacob W. CAVER, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28488.**

Court of Criminal Appeals of Texas.

June 30, 1956.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Eugene Brady, Thomas D. White, Asst. Dist. Attys., Houston, and Leon Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The appeal is from the order revoking probation granted appellant following his conviction for burglary, with punishment assessed at 5 years in the penitentiary.

The record shows that motion to revoke probation was filed and hearing had, but no statement of the facts adduced at the hearing is found in the record and no bills of exception.

There being nothing presented for review by this Court, the judgment is affirmed and no motion for rehearing will be entertained.